**ROBERT P. SHEILS, JR., ESQUIRE**
Chapter 7 Panel Trustee
U.S. Bankruptcy Court for the
Middle District of Pennsylvania

108 NORTH ABINGTON ROAD
Clarks Summit, PA 18411

TELEPHONE: (570) 587-2600
Fax: (570) 585-0313

September 26, 2016

Clerk
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    RE:    **Gloria Ruiz Bankruptcy Estate 02-00913**
             **Unclaimed Funds**

Dear Clerk:

    I am enclosing a check in the amount of $18,768.68 for deposit into the Registry of Unclaimed Funds.

    This check was intended as payment as Surplus to Debtor for Gloria Ruiz. The last know mailing address for Debtor is 3530 Summit Drive, Tobyhanna, PA 18466. Attorney David Banks, attorney for Ms. Ruiz, returned the check to our office along with a letter stating that Ms. Ruiz had passed away.

    Please feel free to call me if you have any questions regarding this matter.

                              Very Truly Yours,

                              Phyllis Sheldon

Enclosure