| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA-Wilkes-Barre, PA |
| **PROCEEDING MEMO/ORDER OF COURT** |
| Hearing |

| **DEBTOR(S)** | **CHAPTER:** 7 | (CLERK'S OFFICE USE ONLY) |
| --- | --- | --- |
| *Gloria Ruiz* | **CASE NO.:** 5:02-00913 JJT | |
| | **ADV NO.:** | |
| **CAPTION** | **HEARING DATE:** 1/5/17 | |
| **MATTER** | | |
| *Petition for Unclaimed Funds* | **RECORD** X | |
| | **NO RECORD** ☐ | |
| **DOCUMENT NO:** 78 | | |

| Appearance(s) for Plaintiff/Movant | Appearance(s) for Defendant/Respondent | Other Appearance(s) | Other Appearance(s) |
| --- | --- | --- | --- |
| N/A | | | |

**DECISION:** ___ GRANTED ___ DENIED ___ DENIED WITHOUT PREJUDICE ___ WITHDRAWN IN OPEN COURT
___ SUSTAINED ___ APPROVED ___ TAKEN UNDER ADVISEMENT ___ OVERRULED

___ Briefs Due from Proponent _____ within ___ days, otherwise, proceeding to be dismissed without prejudice.

___ Briefs Due from Opponent _____ within ___ days.

___ Settled - Stipulation within ☐ 30 ☐ 45 ☐ 60 ☐ ___ days. Otherwise, proceeding to be dismissed without prejudice.

___ Findings and conclusions dictated at close of hearing incorporated by reference.

___ Debtor to File Amended _____ within ___ days otherwise, upon certification ___ case is dismissed or ___ case is converted to Chapter 7.

___ TRANSCRIPT ORDERED BY _____

___ Reopen upon payment within 30 days of ___ required filing fee ___ an assessment in the amount of ___ .

**CONTINUED TO:** (date) _____ (time) _____ (place) _____
AT REQUEST OF _____

**OTHER:** Matter called in open Court, no appearances. The Petition is DENIED for the reasons set forth on the record.

By the Court,

*/s/ John J. Thomas*
_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated 1/9/17