# Notice Recipients

District/Off: 0314–5   User: PRadginsk   Date Created: 1/9/2017
Case: 5:02–bk–00913–JJT   Form ID: pdf010   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Brian J. Dilks    Dilks & Knopik, LLC    35308 SE Center Street    Snoqualmie, WA 98065

TOTAL: 1