**Fill in this information to identify the case:**

Debtor 1: Gloria _____ Ruiz
(First Name, Middle Name, Last Name)

Debtor 2 (Spouse, if filing): _____ _____ _____
(First Name, Middle Name, Last Name)

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number: 02-00913

---

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $9,384.34 |
| Claimant's Name: | Grace Recovery Center, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 9509 Waterman Dr.<br>Aubrey, TX 76227<br>714.552.1034<br>gracerecoverycenterusa@gmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☑ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311
Scranton, PA 18503

## 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/6/21

Signature of Applicant

Rosa Petritz
Printed Name of Applicant

Address: 9509 Waterman Dr
Aubrey, TX 76227

Telephone: 714.552.1034

Email: gracerecoverycenterusa@gmail.com

## 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

## 6. Notarization
STATE OF Texas

COUNTY OF Denton

This Application for Unclaimed Funds, dated 12/6/2021 was subscribed and sworn to before me this 6th day of December, 20 21 by Rosa Petritz who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public

My commission expires: 08/28/2023

HARRISON RICO
Notary ID #132151259
My Commission Expires
August 28, 2023

## 6. Notarization
STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public

My commission expires:

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

------------------------------x

In Re: Gloria Ruiz

CASE NO. 02-00913

------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies on December 6, 2021, a copy of the Application for Payment of Unclaimed Funds, was deposited in an enclosed, properly addressed postage paid envelope, and served

by US First Class Mail upon the following:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311
Scranton, PA 18503

Date December 6, 2021

_____
Signature

Printed Name: Rosa Petritz

Certificate of Service for Application for Payment of Unclaimed Funds