# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 4/19/2022 |
| Case: 5:02–bk–00913–HWV | Form ID: ortext | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Jill M. Spott      jspottesq@sheilslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Rosa Petritz      9509 Waterman Dr.      Aubrey, TX 76227

TOTAL: 1