United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 02-00913-HWV |
| Gloria Ruiz | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: ortext | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Rosa Petritz, 9509 Waterman Dr., Aubrey, TX 76227-5748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Banks | on behalf of Debtor 1 Gloria Ruiz bbwlaw@yahoo.com |
| David Banks | on behalf of Trustee Robert P. Sheils Jr (Trustee) bbwlaw@yahoo.com |
| David W. Skutnik | on behalf of Debtor 1 Gloria Ruiz dwslaw@ptd.net |
| Jason Brett Schwartz | on behalf of Creditor Eudosia Ruiz JSchwartz@mesterschwartz.com |
| Jill M. Spott | on behalf of Trustee Robert P. Sheils Jr (Trustee) jspottesq@sheilslaw.com, psheldon@sheilslaw.com |
| Judith Daley | on behalf of Trustee Robert P. Sheils Jr (Trustee) jdaley@lockslaw.com, jcanfield@lockslaw.com |

Robert P. Sheils, Jr
        on behalf of Trustee Robert P. Sheils Jr (Trustee) RSheils@SheilsLaw.com, tvelez@sheilslaw.com;rmcdonald@sheilslaw.com

Robert P. Sheils, Jr (Trustee)
        rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gloria Ruiz

**Debtor 1**

Chapter: 7

Case number: 5:02−bk−00913−HWV

## ORDER

Proceeding Memo re: Hearing on Application for Payment of Unclaimed Funds; held. Record made. Order − Application is hereby denied without prejudice. Appearances: Jill Spott and Rosa Petritz. IT IS SO ORDERED on 4/19/2022. /s/Henry W. Van Eck (RE: related document(s)98). (Goodling, Joan)

Order Text Entries (Form ortext) (2/19)